1  MARTIN D. HOLLY (SBN 201421)
   ANNEMARIE MCDOWELL (SBN 229349)
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile:  (213) 624-6999

6  Attorneys for Defendant, **TARGET CORPORATION**
   (also sued erroneously as TARGET STORES,
7  a Division of Target Corporation)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRANG LE TRUONG, | CASE NO.: CV14-3232 CAS (FFMx) |
| Plaintiff, | STATE CASE NO. : BC520733 |
| vs. | [PROPOSED] ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT |
| TARGET CORPORATION, a California corporation; TARGET STORES, a Division of Target Corporation and DOES 1 to 20, Inclusive, | |
| Defendants. | Complaint Filed: 09/09/2013 |

The Joint Stipulation of Defendant TARGET CORPORATION and Plaintiff TRANG LE TRUONG, to cap damages to $74,999.00 and remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.

This matter is hereby remanded to the Los Angeles County Superior Court.

Dated: August 15, 2014

*Christina A. Snyder*
UNITED STATES DISTRICT JUDGE

-1-
G:\docsdata\MDH\TARGET FILES\Truong, Trang v. Target\Pleadings\order cap remand.wpd
ORDER: REMAND AND CAP